UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERTO PADILLA, | No. 2:18-cv-2266-EFB P |
| Petitioner, | |
| v. | ORDER |
| JOE LIZZARAGA, et al., | |
| Respondents. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order may result in this action being dismissed; and

/////

/////

| | |
|---|---|
| 1 | 2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis |
| 2 | form used by this district. |
| 3 | Dated: August 23, 2018. |
| 4 | EDMUND F. BRENNAN<br>UNITED STATES MAGISTRATE JUDGE |