UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERTO PADILLA,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | No. 2:18-cv-2266-TLN-EFB P<br><br>ORDER |

Judgment was entered in this action on September 30, 2019. On October 24, 2019, petitioner filed a notice of appeal and on November 25, 2019, an application for leave to proceed in forma pauperis on appeal. Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

    (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

    (B) claims an entitlement to redress; and

    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1). Petitioner's motion fails to satisfy all three of the requirements set forth in Rule 24(a) and is therefore denied.

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's request to proceed in forma pauperis on appeal (ECF No. 36) is denied without prejudice. The Clerk of the Court is directed to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, and petitioner is hereby informed that he may file a motion to proceed in forma pauperis in the United States Court of Appeals for the Ninth Circuit. *See* Fed. R. App. P. 24(a)(5).

DATED: December 3, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE